B4 (Official Form 4) (12/07)

**United States Bankruptcy Court**

**District of Colorado**

In re  Epic Energy Resources, Inc.

_____ ,        Case No. _____

Debtor

Chapter  11

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1)<br><br>Name of creditor and complete mailing address including zip code | (2)<br><br>Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3)<br><br>Nature of claim (trade debt, bank loan, government contract, etc.) | (4)<br><br>Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5)<br><br>Amount of claim (if secured also state value of security) |
|---|---|---|---|---|
| Midsummer Investment Ltd.<br>295 Madison Avenue<br>38th Floor<br>New York, NY 10017 | Josh Thomas (212) 624-5034<br><br>Midsummer Investment Ltd.<br>295 Madison Avenue<br>38th Floor<br>New York, NY 10017 | | | $3,100,781.25 |
| Whitebox Special Opportunities<br>3033 Excelsior Blvd.<br>Suite 300<br>Minneapolis, MN 55416 | Dale Willenbring (612) 253-6068<br><br>Whitebox Special Opportunities<br>3033 Excelsior Blvd.<br>Suite 300<br>Minneapolis, MN 55416 | | | $1,429,166.66 |
| Pandora Select Partners, LP<br>3033 Excelsior Blvd.<br>Suite 300<br>Minneapolis, MN 55416 | Dale Willenbring (612) 253-6068<br><br>Pandora Select Partners, LP<br>3033 Excelsior Blvd.<br>Suite 300<br>Minneapolis, MN 55416 | | | $1,225,000.00 |
| Whitebox Combined Partners, LP<br>3033 Excelsior Blvd.<br>Suite 300<br>Minneapolis, MN 55416 | (612) 253-6068<br><br>Whitebox Combined Partners, LP<br>3033 Excelsior Blvd.<br>Suite 300<br>Minneapolis, MN 55416 | | | $1,061,666.67 |
| Whitebox Convertible Arbitrage Partners<br>3033 Excelsior Blvd.<br>Suite 300<br>Minneapolis, MN 55416 | (612) 253-6068<br><br>Whitebox Convertible Arbitrage Partners<br>3033 Excelsior Blvd.<br>Suite 300<br>Minneapolis, MN 55416 | | | $1,035,941.66 |
| Joseph Wright<br>5450 John Dreaper Drive<br>Houston, TX 77056 | (281) 652-5875<br><br>Joseph Wright<br>5450 John Dreaper Drive<br>Houston, TX 77056 | | | $485,000.00 |

B4 (Official Form 4) (12/07)4 -Cont.

In re  Epic Energy Resources, Inc.                                          Case No. _____
                        Debtor                              Chapter   11   _____

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1)<br>Name of creditor and complete mailing address including zip code | (2)<br>Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3)<br>Nature of claim (trade debt, bank loan, government contract, etc.) | (4)<br>Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5)<br>Amount of claim (if secured also state value of security) |
|---|---|---|---|---|
| Shelter Island Opportunity Fund, LLC<br>535 Fifth Avenue<br>25th Floor<br>New York, NY 10017 | Mike Colley (212) 888-2224<br><br>Shelter Island Opportunity Fund, LLC<br>535 Fifth Avenue<br>25th Floor<br>New York, NY 10017 | | | $421,093.75 |
| Mayer Brown<br>230 South LaSalle Street<br>Chicago, IL 60604 | Roberto Gonzalez (312) 702-7805<br><br>Mayer Brown<br>230 South LaSalle Street<br>Chicago, IL 60604 | | | $242,297.48 |
| The Receivables Exchange<br>220 Camp Street<br>Fifth Floor<br>New Orleans, LA 70130 | Pauline Appleby (504) 208-5212<br><br>The Receivables Exchange<br>220 Camp Street<br>Fifth Floor<br>New Orleans, LA 70130 | | | $209,912.79 |
| Patton Boggs, LLP<br>1801 California Street<br>Suite 4900<br>Denver, CO 80202 | Alan Talesnick (303) 894-6378<br><br>Patton Boggs, LLP<br>1801 California Street<br>Suite 4900<br>Denver, CO 80202 | | | $191,447.49 |
| Rex Doyle<br>30 Fernglen Drive<br>The Woodlands, TX 77380 | (281) 298-1313<br><br>Rex Doyle<br>30 Fernglen Drive<br>The Woodlands, TX 77380 | | | $150,000.00 |
| IAM Mini-Fund 14 Limited<br>3033 Excelsior Blvd.<br>Suite 300<br>Minneapolis, MN 55416 | Dale Willenbring (612) 253-6068<br><br>IAM Mini-Fund 14 Limited<br>3033 Excelsior Blvd.<br>Suite 300<br>Minneapolis, MN 55416 | | | $148,225.00 |

B4 (Official Form 4) (12/07)4 -Cont.

In re **Epic Energy Resources, Inc.**  _____,  Case No. _____
                           Debtor                                  Chapter   **11**   _____

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| BIT Holdings Forty Six, Inc.<br>P.O. Box 845891<br>Dallas, TX 75284 | Gary Johnson (281) 362-8848<br><br>BIT Holdings Forty Six, Inc.<br>P.O. Box 845891<br>Dallas, TX 75284 | | | $42,127.26 |
| Hettinger Mayo, LLC<br>12596 West Bayaud Avenue<br>Union Terrace Office Building<br>Suite 100<br>Lakewood, CO 80228 | Vic Ramey (303) 565-4171, x 4170<br><br>Hettinger Mayo, LLC<br>12596 West Bayaud Avenue<br>Union Terrace Office Building<br>Suite 100<br>Lakewood, CO 80228 | | | $35,316.00 |
| Machol & Johannes, LLC<br>600 Seventeenth Street<br>Suite 800 North<br>Denver, CO 80202 | Christine Gonzales (303) 539-3158<br><br>Machol & Johannes, LLC<br>600 Seventeenth Street<br>Suite 800 North<br>Denver, CO 80202 | | | $23,588.00 |
| Hickey & Evans, LLP<br>1800 Carey Avenue<br>Suite 700<br>Cheyenne, WY 82001 | David Evans (307) 634-1525<br><br>Hickey & Evans, LLP<br>1800 Carey Avenue<br>Suite 700<br>Cheyenne, WY 82001 | | | $21,400.92 |
| Stibbs & Company, P.C.<br>819 Crossbridge Drive<br>Spring, TX 77373 | Jack Stibbs (281) 367-2222<br><br>Stibbs & Company, P.C.<br>819 Crossbridge Drive<br>Spring, TX 77373 | | | $20,146.40 |
| Imperial Credit Corporation<br>8144 Walnut Hill Lane<br>Suite 1300<br>Dallas, TX 75231 | (877) 615-4242<br><br>Imperial Credit Corporation<br>8144 Walnut Hill Lane<br>Suite 1300<br>Dallas, TX 75231 | | | $19,932.70 |

B4 (Official Form 4) (12/07)4 -Cont.

In re **Epic Energy Resources, Inc.** _____    Case No. _____
                                    Debtor                 Chapter  **11** _____

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1)<br>Name of creditor and complete mailing address including zip code | (2)<br>Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3)<br>Nature of claim (trade debt, bank loan, government contract, etc.) | (4)<br>Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5)<br>Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Accretive Solutions<br>105 Maxess Road<br>Suit e107<br>Melville, NY 11747 | Mike Reinecke (631) 348-9100<br><br>Accretive Solutions<br>105 Maxess Road<br>Suit e107<br>Melville, NY 11747 | | | $13,000.00 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, John A. Hageman, Vice President and Chief Legal Officer of the Corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: 3-18-11 _____        Signature: _____

John A. Hageman ,Vice President and Chief Legal Officer
(Print Name and Title)

Penalty for making a false statement or concealing property. Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.