UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

IN RE:                                              )
                                                    )  Case No. 11-15521-SBB
EPIC ENERGY RESOURCES, INC.                         )
EIN: 94-3363969                                     )  Chapter 11
                                                    )
        Debtor.                                     )

## MOTION FOR JOINT ADMINISTRATION

The Debtor and Debtor-in-Possession, Epic Energy Resources, Inc. ("Debtor"), by and through its attorneys, Kutner Miller Brinen, P.C., moves the Court for an Order for Joint Administration of the two Chapter 11 cases captioned Epic Energy Resources, Inc., Case No. 11-15521-SBB, and Epic Integrated Services, Inc., Case No. 11-15523-MER, and as grounds therefore, states as follows:

1. The Debtor filed its voluntary petition for relief under Chapter 11 of the Bankruptcy Code on March 18, 2011 and remains a debtor-in-possession.

2. The Debtor, Epic Integrated Services, Inc. ("Integrated"), filed for relief under Chapter 11 of the Bankruptcy Code on March 18, 2011 and remains a debtor-in-possession.

3. The Debtor owns 100% of Integrated. The Debtor is a publicly held holding company and Integrated is the operating company.

4. The issues that will need to be resolved in both of the Debtors' cases will be, to a great extent, identical. The cases will involve common factual and legal issues.

5. The Debtors are jointly liable on the secured creditor claims that are the dominant claims in the case totaling in excess of $15 million. The Plan of Reorganization for the two debtors will by necessity require a resolution of the same issues and is expected to be a joint Plan.

6. The Debtor's Chapter 11 case was the earlier-filed case. Accordingly, pursuant to Local Bankruptcy Rule 1015-1, joint administration should occur under that case.

7. A similar Motion for Joint Administration is being filed in the Integrated case.

WHEREFORE, the Debtor prays that the Epic Energy Resources, Inc. Chapter 11 case be jointly administered with the Epic Integrated Services, Inc. Chapter 11 case pursuant to Bankruptcy Rule 1015(b) and Local Bankruptcy Rule 1015-1, order that the two cases be jointly administered

under the Epic Energy Resources, Inc. Bankruptcy, Case No. 11-15521-SBB, and for such further and additional relief as to the Court may appear proper.

Dated: March 18, 2011

Respectfully submitted,

By: ___/s/ Kathryn Foley___
Lee M. Kutner, #10966
Kathryn G. Foley, #41543
**KUTNER MILLER BRINEN, P.C.**
303 E. 17th Avenue, Suite 500
Denver, CO  80203
Telephone:  (303) 832-2400
Telecopy: (303) 832-1510
E-Mail: lmk@kutnerlaw.com