B7 (Official Form 7) (4/10)

**UNITED STATES BANKRUPTCY COURT**
**District of Colorado**

In re: **Epic Energy Resources, Inc.** _____     Case No. **11-15521-MER** _____

Debtor                                                                          (If known)

# STATEMENT OF FINANCIAL AFFAIRS

### 1. Income from employment or operation of business

None
☑

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE | FISCAL YEAR PERIOD |
|---|---|---|

### 2. Income other than from employment or operation of business

None
☑

State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE | FISCAL YEAR PERIOD |
|---|---|---|

### 3. Payments to creditors

*Complete a. or b., as appropriate, and c.*

None
☑

a. *Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

2

None
☑

b. *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

*Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

None
☑

c. *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

3

## 4. Suits and administrative proceedings, executions, garnishments and attachments

None
☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| Baker Hughes Oilfield Operations, Inc. v. Epic Integrated Services, Inc. (f/k/a Pearl Investment Company), et al. | Lien Foreclosure | Circuit Court of Van Buren County Second Division Clinton, Arkansas | In Discovery |
| Epic Integrated Services, Inc. (f/k/a Pearl Field Services, LLC v. Storm Cat Energy Corporation, et al. 2009-335 | Recovery of Money; Lien Foreclosure | District Court of Sheridan County Sixth Judicial District Sheridan, Wyoming | Dismissed with Prejudice |
| Just in Case Business Lighthouse, LLC v. Epic Integrated Services, Inc. (f/k/a Pearl Investment Company); et al. 2009-CV-823 | Breach of Contract; Misrepresentation | District Court of Arapahoe County Englewood, Colorado | In Discovery |
| Patrick W. Murray, Jr. v. Epic Energy Resources, Inc. 2010-CV-390 | Abuse of Process | Denver County District Court Denver, Colorado | Settled |
| Terrace Point Partnership v. Epic Energy Resources, Inc.; Epic Integrated Services, Inc., et al. 2010-CV-5584 | Breach of Contract/Lease | Jefferson County District Court Golden, Colorado | Judgment for Plaintiff for $332,238 plus interest |
| Epic Integrated Services, Inc. (f/k/a Pearl Investment Co.); v. PRB Gathering, Inc., et al. 29-204 | Recovery of Money | District Court of Campbell County Sixth Judicial District Gillette, Wyoming | Judgment for Plaintiff |
| In Re: Arbitration Matter between Patrick W. Murray and Epic Energy Resources, Inc. 70116-Y-0046208 | Breach of Contract; Wrongful Termination | Employment Arbitration Tribunal of AAA Houston Harris County, Texas | Claimant's Claims Denied |
| Aorist Enterprises, Inc. v. Epic Integrated Services, Inc. 2010-5687 | Recovery of Money | Jefferson County Small Claims Court Golden, Colorado | Judgment for Defendant for $6,015 plus interest |
| Epic Integrated Services, Inc. (f/k/a Pearl Field Services, LLC v. Storm Cat Energy Corporation, et al. 2009-35 | Recovery of Money; Lien Foreclosure | District Court of Campbell County Sixth Judicial District Gillette, Wyoming | Dismissed with Prejudice |
| BIT Holdings Forty-Six, Inc. v. Epic Energy Resources, Inc. 2010-12-13555 | Breach of Contract/Lease | District Court of Montgomery, Texas 359th Judicial District Conroe, Texas | In Discovery |
| Karen R. Cranford, et al. v. Epic Integrated Services, Inc., et al. 2008-CV-129 | Personal Injury | Las Animas County District Court Trinidad, Colorado | Settled |
| Epic Energy Resources, Inc. v. Patrick W. Murray, Jr. 2008-12-11975-CV | Breach of Contract | District Court of Montgomery County, TX 359th Judicial District Conroe, Texas | Dismissed with prejudice |

4

None
☑ b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

## 5. Repossessions, foreclosures and returns

None
☑ List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

## 6. Assignments and receiverships

None
☑ a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
| --- | --- | --- |

None
☑ b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND ADDRESS OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- | --- |

## 7. Gifts

None
☐ List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
| --- | --- | --- | --- |
| **Texas New Community Alliance** P.O. Box 7181 The Woodlands, TX 77381 | **None** | **October 30, 2010** | **4-Glass and Metal Desks 4-Glass and Metal Bookshelves Total Value: $600** |

5

## 8. Losses

None ☑

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

## 9.  Payments related to debt counseling or bankruptcy

None ☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Kutner Miller Brinen, P.C.**<br>**303 East 17th Avenue**<br>**Suite 500**<br>**Denver, CO 80203** | **January 26, 2011:**<br>**$40,000**<br>**March 17, 2011: $10,000** | **$50,000** |

## 10.  Other transfers

None ☑

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None ☑

b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR' INTEREST IN PROPERTY |
|---|---|---|

## 11.  Closed financial accounts

None ☑

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

6

## 12.  Safe deposit boxes

None ☑

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

## 13.  Setoffs

None ☑

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

## 14.  Property held for another person

None ☑

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

## 15.  Prior address of debtor

None ☐

If debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| 10330-R Lake Road Houston, Texas 77070 | Epic Energy Resources, Inc. | 10/30/2010 - Present |
| 10655 Six Pines Drive Suite 210 The Woodlands, Texas 77380 | Epic Energy Resources, Inc. | 2/1/2007 - 6/22/2008 |
| 1450 Lake Robbins Drive Suite 160 The Woodlands, Texas 77380 | Epic Energy Resources, Inc. | 6/23/2008 - 1/22/2010 |

## 16.  Spouses and Former Spouses

None ☑

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor 's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

7

## 17. Environmental Information.

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

None ☑

a.   List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ☑

b.   List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ☑

c.   List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party.  Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

8

## 18.  Nature, location and name of business

None
☑

a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within the **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within the **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the business, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the  commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|

None
☑

b.        Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|

## 19.  Books, records and financial statements

None
☑

a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|

9

None
☐

b. List all firms or individuals who within **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|
| **Accretive Solutions**<br>**105 Maxess Road**<br>**Suite 107**<br>**Melville, NY 11747** | | **January 23, 2009 to April 28, 2009** |
| **Anton Collins Mitchell, LLP**<br>**303 East 17th Avenue**<br>**Suite 600**<br>**Denver, CO 80203** | | **February 28, 2009 to August 18, 2010** |
| **Debra M. White-Finke**<br>**P.O. Box 1688**<br>**Navasota, TX 77868** | | **February 10, 2009 to February 23, 2010** |
| **Draper Dillon**<br>**Level 12**<br>**440 Collins Street**<br>**Melbourne, AUS 3000** | | **October 1, 2009 to December 31, 2009** |
| **Ernst & Young**<br>**Bank of America**<br>**P.O. Box 848107**<br>**Dallas, TX 75284** | | **February 1, 2009 to February 28, 2009** |
| **Gallagher Benefit Services, Inc.**<br>**Two Pierce Place**<br>**GBS Finance**<br>**14th Floor**<br>**Itasca, IL 60143** | | **October 1, 2009 to October 31, 2009** |
| **Horn Solutions, Inc.**<br>**2415 Town Center Drive**<br>**Suite 200**<br>**Sugerland, TX 77478** | | **January 1, 2009 to March 16, 2010** |
| **Julia Schlatter**<br>**3883 Paseo Del Prado Street**<br>**Boulder, CO 80301** | | **May 1, 2009 to October 27, 2009** |
| **M&K CPAs, PLLC**<br>**13831 Northwest Freeway**<br>**Suite 575**<br>**Houston, TX 77040** | | **October 13, 2009 to September 15, 2010** |
| **Malone & Bailey, P.C.**<br>**10350 Richmond**<br>**Suite 800**<br>**Houston, TX 77042** | | **January 1, 2009 to March 16, 2010** |
| **Mike Kinney - Contractor**<br>**3403 Brinmont Place Lane**<br>**Katy, TX 77494** | | **August 30, 2010 to October 8, 2010** |
| **Monica Wright**<br>**26325 Northgate Crossing Blvd.**<br>**Spring, TX 77373** | | **January 9, 2009 to June 22, 2010** |
| **Solomon Edwards**<br>**P.O. Box 824123**<br>**Philadelphia, PA 19182** | | **May 1, 2010 to May 31, 2010** |

10

Talance Group, LP                                      December 1, 2010 to January 31, 2011
808 Travis Street
Suite 1550
Houston, TX 77002

Vintage Filings                                        May 1, 2009 to May 31, 2009
150 West 46th Street
6th Floor
New York, NY 10036

Zuckerman, Schwedt & Associates                        February 1, 2009 to August 9, 2010
82 Pennsylvania Street
Denver, CO 80203

None
☐      c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account
       and records of the debtor. If any of the books of account and records are not available, explain.

NAME                                          ADDRESS

Carissa Rak                                   2101 East Harvard
                                              Apt. 206
                                              Denver, CO 80210

Darcy M. Williams                             15 Davis Tee
                                              Sheridan, WY 82801

John A. Hageman                               1 Waterford Circle
                                              Spring, TX 77381

Sherri L. Herzig                              409 Aria Drive
                                              Austin, TX 78738

Timothy B. Meyer                              11125 Montana Place
                                              Lakewood, CO 80232

None      d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a
☐        financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

NAME AND ADDRESS                           DATE ISSUED

**First Interstate Bank**                      **February 2011**
**4 South Main Street**
**Sheridan, WY 82801**

**IAM Mini-Fund 14 Limited**                   **January 2011**
**c/o Whitebox Advisors, LLC**
**3033 Excelsior Blvd.**
**Suite 300**
**Minneapolis, MN 55416**

**Midsummer Investment Ltd.**                  **January 2011**
**295 Madison Avenue**
**38th Floor**
**New York, NY 10017**

**Pandora Select Partners, LP**                **January 2011**
**3033 Excelsior Blvd.**
**Suite 300**
**Minneapolis, MN 55416**

**Peter Morin**                                **January 2011**
**5 Park Plaza**
**Suite 1100**
**Irvine, CA 92614**

**Shelter Island Opportunity Fund, LLC**       **January 2011**
**535 Fifth Avenue**
**25th Floor**
**New York, NY 10017**

**Steve Walton**                               **January 2011**
**124 East 4th Street**
**Tulsa, OK 74103**

**Todd M. Binet**                              **January 2011**
**11120 North Country Square**
**Houston, TX 77024**

**Wells Fargo Bank**                           **Unknown**
**9350 East Arapahoe Road**
**Suite 200**
**Greenwood Village, CO 80112**

**Whitebox Combined Partners, LP**             **January 2011**
**3033 Excelsior Blvd.**
**Suite 300**
**Minneapolis, MN 55416**

**Whitebox Convertible Arbitrage Partners**    **January 2011**
**3033 Excelsior Blvd.**
**Suite 300**
**Minneapolis, MN 55416**

**Whitebox Special Opportunities**             **January 2011**
**3033 Excelsior Blvd.**
**Suite 300**
**Minneapolis, MN 55416**

William H. Wilson, Jr.
1800 St. James Place
Suite 400
Houston, TX 77056

**January 2011**

## 20. Inventories

None ☑

a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|

None ☑

b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|

## 21. Current Partners, Officers, Directors and Shareholders

None ☑

a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None ☐   b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| Alan Carnrite<br>10330 Lake Road<br>Building R<br>Houston, TX 77070 | CEO; Director; Shareholder | Common Stock<br>Less than 1% |
| Castex New Ventures, LP<br>333 North Sam Houston Parkway East<br>Suite 1060<br>Houston, TX 77060 | Shareholder | Common Stock<br>16% |
| Curtis Good<br>1082 East Brundage Lane<br>Sheridan, WY 82801 | Vice President; Shareholder | Common Stock<br>Less than 1% |
| Jack W. Shanck<br>10330 Lake Road<br>Building R<br>Houston, TX 77070 | Director | N/A |
| John Hageman<br>10330 Lake Road<br>Building R<br>Houston, TX 77070 | CLO; Vice Pres.; Secretary;<br>Shareholder | Common Stock<br>Less than 1% |
| Marty Lipper<br>23 Knollwood Road<br>Upper Saddle River, NJ 07458 | Director; Shareholder | Common Stock<br>Less than 1% |
| Midsummer Investment, Ltd.<br>295 Madison Avenue<br>38th Floor<br>New York, NY 10017 | Shareholder | Common Stock<br>6% |
| Sherri Herzig<br>10330 Lake Road<br>Building R<br>Houston, TX 77070 | Vice President; Treasurer;<br>Shareholder | Common Stock<br>Less than 1% |
| Whitebox Advisors, LLC<br>3033 Excelsior Blvd.<br>Suite 300<br>Minneapolis, MN 55146-4675 | Shareholder | Common Stock<br>18% |

## 22. Former partners, officers, directors and shareholders

None ☑   a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None ☐    b. If the debtor is a corporation, list all officers or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|
| **John Ippolito**<br>**9007 Deerwick Court**<br>**Tomball, TX 77375** | **President and CEO** | **August 20, 2010** |
| **John Otto**<br>**104 West Clayton Street**<br>**Dayton, TX 77535** | **Director** | **April 30, 2010** |
| **Mike Kinney**<br>**3403 Brinmont Place Lane**<br>**Katey, TX 77094** | **CFO; Treasurer; Vice President** | **August 30, 2010** |
| **Rob Eissler**<br>**214 Oakridge Drive**<br>**#26214**<br>**The Woodlands, TX 77380** | **Director** | **August 23, 2010** |
| **Robert Ferguson**<br>**8206 Ash Valley Drive**<br>**Spring, TX 77329** | **Director** | **August 23, 2010** |
| **Tamer El-Rayess**<br>**3 Ridge Road**<br>**Tuxedo Park, NY 10987** | **Director** | **August 20, 2010** |

## 23. Withdrawals from a partnership or distributions by a corporation

None ☐    If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS<br>OF RECIPIENT,<br>RELATIONSHIP TO DEBTOR | DATE AND PURPOSE<br>OF WITHDRAWAL | AMOUNT OF MONEY<br>OR DESCRIPTION<br>AND VALUE OF PROPERTY |
|---|---|---|
| **See Statement of Financial**<br>**Affairs Exhibit 23** | | |

## 24. Tax Consolidation Group.

None ☐    If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|
| **Epic Energy Resources, Inc.** | **94-3363969** |

## 25. Pension Funds.

None ☐    If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|
| **Principal Financial Group** | **42-0127290** |

**15**

* * * * * *

*[If completed on behalf of a partnership or corporation]*

I, declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date   April 1, 2011                     Signature _____

                                          **John A. Hageman, Vice President and Chief Legal Officer**
                                          Print Name and Title

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

_____ continuation sheets attached

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. § 152 and 3571.*

B6 Summary (Official Form 6 - Summary) (12/07)

## United States Bankruptcy Court
## District of Colorado

In re **Epic Energy Resources, Inc.**
_____,
Debtor

Case No. **11-15521-MER**

Chapter **11**

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | YES | 1 | $ 0.00 | | |
| B - Personal Property | YES | 2 | $ 395,720.70 | | |
| C - Property Claimed as Exempt | NO | | | | |
| D - Creditors Holding Secured Claims | YES | 3 | | $ 15,257,166.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | YES | 2 | | $ 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 6 | | $ 1,311,997.45 | |
| G - Executory Contracts and Unexpired Leases | YES | 1 | | | |
| H - Codebtors | YES | 14 | | | |
| I - Current Income of Individual Debtor(s) | NO | 0 | | | $ |
| J - Current Expenditures of Individual Debtor(s) | NO | 0 | | | $ |
| TOTAL | | 29 | $ 395,720.70 | $ 16,569,163.45 | |

Form 6 - Statistical Summary (12/07)

## United States Bankruptcy Court
### District of Colorado

In re **Epic Energy Resources, Inc.**

Debtor

Case No. **11-15521-MER**

Chapter **11**

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

Summarize the following types of liabilities, as reported in the Schedules, and total them.

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $ 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ 0.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ 0.00 |
| Student Loan Obligations (from Schedule F) | $ 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E. | $ 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations  (from Schedule F) | $ 0.00 |
| TOTAL | $ 0.00 |

### State the following:

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | $ 0.00 |
| Average Expenses (from Schedule J, Line 18) | $ 0.00 |
| Current Monthly Income (from Form 22A Line 12; **OR**, Form 22B Line 11; **OR**, Form 22C Line 20 ) | $ 0.00 |

### State the following:

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $ 9,757,164.00 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $ 0.00 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $ 0.00 |
| 4. Total from Schedule F | | $ 1,311,997.45 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $ 11,069,161.45 |

**B6A (Official Form 6A) (12/07)**

In re:  **Epic Energy Resources, Inc.** _____     Case No.  __11-15521-MER__
                                 **Debtor**                                                        **(If known)**

# SCHEDULE A - REAL PROPERTY

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| **NONE** | | | | |

                                                        Total    ➤    | 0.00 |

                                                        (Report also on Summary of Schedules.)

B6B (Official Form 6B) (12/07)

In re   **Epic Energy Resources, Inc.**                     Case No.  **11-15521-MER**
_____                        _____
                          Debtor                                              (If known)

# SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **First Interstate Bank**<br>**4 South Main Street**<br>**Sheridan, Wyoming 82801**<br>**(Joint Bank Account with Epic Integrated Services)** | | 393,848.70 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | | **Pin Oak Park**<br>**10330-R Lake Rokad**<br>**Houston, TX 77070**<br>**Security Deposit**<br>**Houston, Texas Office** | | 1,872.00 |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re   **Epic Energy Resources, Inc.**                                          Case No.  **11-15521-MER**
                          Debtor                                                                   (If known)

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 18. Other liquidated debts owed to debtor including tax refunds.  Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims.  Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property.  Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles.  Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested.  Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed.  Itemize. | X | | | |

_____1_____  continuation sheets attached          Total ➤   **$ 395,720.70**

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)

B6D (Official Form 6D) (12/07)

In re **Epic Energy Resources, Inc.** _____.      Case No.   **11-15521-MER** _____
               Debtor                                                         (If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐     Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>IAM Mini-Fund 14 Limited<br>3033 Excelsior Blvd.<br>Suite 300<br>Minneapolis, MN 55416 | X | | December 5, 2007<br>**Secured by assets of the Company and Subsidiaries**<br><br>**VALUE $5,500,000.00** | | | | 265,211.00 | 169,606.00 |
| ACCOUNT NO.<br><br>Midsummer Investment Ltd.<br>c/o Midsummer Capital, LLC<br>295 Madison Avenue<br>38th Floor<br>New York, NY 10017 | X | | December 5, 2007<br>**Secured by assets of the Company and Subsidiaries**<br><br>**VALUE $5,500,000.00** | | | | 5,548,060.00 | 3,548,060.00 |
| ACCOUNT NO.<br><br>Pandora Select Partners, LP<br>3033 Excelsior Blvd.<br>Suite 300<br>Minneapolis, MN 55416 | X | | December 5, 2007<br>**Secured by assets of the Company and Subsidiaries**<br><br>**VALUE $5,500,000.00** | | | | 2,191,826.00 | 1,401,703.00 |
| ACCOUNT NO.<br><br>Peter Morin<br>5 Park Plaza<br>Suite 1100<br>Irvine, CA 92614 | X | | December 5, 2007<br>**Secured by assets of the Company and Subsidiaries**<br><br>**VALUE $5,500,000.00** | | | | 48,974.00 | 31,319.00 |

2      continuation sheets
            attached

Subtotal ⬎
(Total of this page)

Total ⬎
(Use only on last page)

| | |
|---|---|
| $   8,054,071.00 | $ 5,150,688.00 |
| $ | $ |

(Report also on Summary of Schedules)     (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6D (Official Form 6D) (12/07)- Cont.

In re **Epic Energy Resources, Inc.** _____.    Case No.    **11-15521-MER** _____
                           Debtor                                                                (If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Shelter Island Opportunity Fund, LLC**<br>**535 Fifth Avenue**<br>**25th Floor**<br>**New York, NY 10017** | X | | December 5, 2007<br>Secured by assets of the Company and Subsidiaries<br><br>**VALUE $5,500,000.00** | | | | 753,440.00 | 481,835.00 |
| ACCOUNT NO.<br>**Steve Walton**<br>**124 East 4th Street**<br>**Tulsa, OK 74103** | X | | December 5, 2007<br>Secured by assets of the Company and Subsidiaries<br><br>**VALUE $5,500,000.00** | | | | 37,672.00 | 24,092.00 |
| ACCOUNT NO.<br>**Todd M. Binet**<br>**11120 North Country Square**<br>**Houston, TX 77024** | X | | December 5, 2007<br>Secured by assets of the Company and Subsidiaries<br><br>**VALUE $5,500,000.00** | | | | 48,974.00 | 31,319.00 |
| ACCOUNT NO.<br>**Whitebox Combined Partners, LP**<br>**3033 Excelsior Blvd.**<br>**Suite 300**<br>**Minneapolis, MN 55416** | X | | December 5, 2007<br>Secured by assets of the Company and Subsidiaries<br><br>**VALUE $5,500,000.00** | | | | 1,899,583.00 | 1,214,809.00 |
| ACCOUNT NO.<br>**Whitebox Convertible Arbitrage Partners**<br>**3033 Excelsior Blvd.**<br>**Suite 300**<br>**Minneapolis, MN 55416** | X | | December 5, 2007<br>Secured by assets of the Company and Subsidiaries<br><br>**VALUE $5,500,000.00** | | | | 1,853,554.00 | 1,185,373.00 |

Sheet no. _1_ of _2_ continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal ➤
(Total of this page)

Total ➤
(Use only on last page)

| | |
|---|---|
| $   **4,593,223.00** | $ **2,937,428.00** |
| $ | $ |

(Report also on Summary of Schedules)    (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6D (Official Form 6D) (12/07)- Cont.

In re **Epic Energy Resources, Inc.** _____.  Case No. **11-15521-MER** _____
                                    Debtor                                      (If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **Whitebox Special Opportunities 3033 Excelsior Blvd. Suite 300 Minneapolis, MN 55416** | X | | **December 5, 2007 Secured by assets of the Company and Subsidiaries** _____ **VALUE $5,500,000.00** | | | | 2,557,131.00 | 1,635,320.00 |
| ACCOUNT NO. **William H. Wilson, Jr. 1800 St. James Place Suite 400 Houston, TX 77056** | X | | **December 5, 2007 Secured by assets of the Company and Subsidiaries** _____ **VALUE $5,500,000.00** | | | | 52,741.00 | 33,728.00 |

Sheet no. _2_ of _2_ continuation
sheets attached to Schedule of
Creditors Holding Secured
Claims

Subtotal ➢
(Total of this page)

Total ➢
(Use only on last page)

| | |
|---|---|
| $ 2,609,872.00 | $ 1,669,048.00 |
| $ 15,257,166.00 | $ 9,757,164.00 |
| (Report also on Summary of Schedules) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

B6E (Official Form 6E) (4/10)

In re    **Epic Energy Resources, Inc.**
_____
                        Debtor

Case No.    **11-15521-MER**
                    (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

☑    Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

❑    **Domestic Support Obligations**

    Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

❑    **Extensions of credit in an involuntary case**

    Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

❑    **Wages, salaries, and commissions**

    Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

❑    **Contributions to employee benefit plans**

    Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

❑    **Certain farmers and fishermen**

    Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

❑    **Deposits by individuals**

    Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

❑    **Taxes and Certain Other Debts Owed to Governmental Units**

    Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

❑    **Commitments to Maintain the Capital of an Insured Depository Institution**

    Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

❑    **Claims for Death or Personal Injury While Debtor Was Intoxicated**

    Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

    * Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

<u>1</u>  **continuation sheets attached**

B6E (Official Form 6E) (4/10) – Cont.

In re    **Epic Energy Resources, Inc.**                                        Case No.    **11-15521-MER**
                                                                                            (If known)
                            Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | | | $0.00 |

Sheet no. _1_ of _1_ continuation sheets attached to Schedule of Creditors Holding Priority Claims

| | | | |
|---|---|---|---|
| Subtotals<br>(Totals of this page) | $    0.00 | $    0.00 | $    0.00 |
| Total<br>(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $    0.00 | | |
| Total<br>(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | $    0.00 | $    0.00 |

B6F (Official Form 6F) (12/07)

In re  **Epic Energy Resources, Inc.**                               Case No.  **11-15521-MER**
                              Debtor                                                      (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐        Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Accretive Solutions**<br>**105 Maxess Road**<br>**Suit e107**<br>**Melville, NY 11747** | X | | July 19, 2010<br><br>Invoices/Services/Materials | | | | 13,000.00 |
| ACCOUNT NO.<br><br>**BIT Holdings Forty Six, Inc.**<br>**P.O. Box 845891**<br>**Dallas, TX 75284** | X | | 8/1/2010 to 12/29/2010<br><br>Invoices/Services/Materials | | | | 42,127.26 |
| ACCOUNT NO.<br><br>**Broadridge, Inc.**<br>**1981 Marcus Avenue**<br>**Lake Success, NY 11042** | X | | July 19, 2010<br><br>Invoices/Services/Materials | | | | 1,475.45 |
| ACCOUNT NO.<br><br>**D&B, Dun & Bradstreet, Inc.**<br>**103 JFK Parkway**<br>**Short Hills, NJ 07078** | X | | 6/13/2010 to 7/14/2010<br><br>Invoices/Services/Materials | | | | 2,500.00 |
| ACCOUNT NO.<br><br>**Frontier Precision, Inc.**<br>**2020 Frontier Drive**<br>**Bismarck, ND 58504** | X | | July 2, 2010<br><br>Invoices/Services/Materials | | | | 93.26 |

        5    Continuation sheets attached

Subtotal  ➤  $        59,195.97

Total  ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Epic Energy Resources, Inc.**                                    Case No.   **11-15521-MER**
                          Debtor                                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Gregg Engineering Services, Ltd.**<br>**403 Julie Rivers Drive**<br>**Sugar Land, TX 77478** | X | | **1/13/2010 to 12/12/2010**<br><br>**Invoices/Services/Materials** | | | | **38,784.26** |
| ACCOUNT NO.<br><br>**Hettinger Mayo, LLC**<br>**6792 Paysphere Circle**<br>**Chicago, IL 60674**<br><br><br>**Hettinger Mayo, LLC**<br>**12596 West Bayaud Avenue**<br>**Union Terrace Office Building**<br>**Lakewood, CO 80228** | X | | **January 31, 2010**<br><br>**Invoices/Services/Materials** | | | | **35,316.00** |
| ACCOUNT NO.<br><br>**Hickey & Evans, LLP**<br>**1800 Carey Avenue**<br>**Suite 700**<br>**Cheyenne, WY 82001** | X | | **3/11/2010 to 3/17/2011**<br><br>**Invoices/Services/Materials** | | | | **21,400.92** |
| ACCOUNT NO.<br><br>**Joseph Wright**<br>**5450 John Dreaper Drive**<br>**Houston, TX 77056** | X | | **June 22, 2010**<br><br>**Invoices/Services/Materials** | | | | **485,000.00** |

Sheet no. _1_ of _5_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➢  $                    **580,501.18**

Total  ➢  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Epic Energy Resources, Inc.**                                    Case No.  **11-15521-MER**
                    Debtor                                                                (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Lighthouse Legal Copy, LLC <br> 2520 Caroline <br> Houston, TX 77004 | X | | February 10, 2011 <br><br> Invoices/Services/Materials | | | | 1,996.45 |
| ACCOUNT NO. <br><br> Machol & Johannes, LLC <br> 600 Seventeenth Street <br> Suite 800 North <br> Denver, CO 80202 | X | | November 17, 2010 <br><br> Invoices/Services/Materials | | | | 23,588.00 |
| ACCOUNT NO. <br><br> Malone & Bailey, P.C. <br> 10350 Richmond <br> Suite 800 <br> Houston, TX 77042 | X | | April 13, 2010 <br><br> Invoices/Services/Materials | | | | 325.00 |
| ACCOUNT NO. <br><br> Mayer Brown <br> 230 South LaSalle Street <br> Chicago, IL 60604 | X | | 5/16/2010 to 7/19/2010 <br><br> Invoices/Services/Materials | | | | 242,297.48 |
| ACCOUNT NO. <br><br> McGloin Davenport Severson and Snow <br> 1600 Stout Street <br> Suite 1600 <br> Denver, CO 80202 | X | | 3/9/2010 to 3/17/2010 <br><br> Invoices/Services/Materials | | | | 101.88 |

Sheet no.  2 of 5 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➢  $                                      268,308.81

Total ➢  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Epic Energy Resources, Inc.**  _____     Case No.  __11-15521-MER__
                          Debtor                                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  **Pepperdine's Marketing Products Ltd. 790 Umatilla Street Denver, CO 80204 ATTN: Nancy Thao** | X | | June 6, 2010  Invoices/Services/Materials | | | | 37.00 |
| ACCOUNT NO.  **PR Newswire Association, LLC P.O. Box 5897 New York, NY 10087** | X | | 6/9/2010 to 9/19/2010  Invoices/Services/Materials | | | | 6,130.00 |
| ACCOUNT NO.  **Rex Doyle 30 Fernglen Drive The Woodlands, TX 77380** | X | | June 22, 2009  Invoices/Services/Materials | | | | 150,000.00 |
| ACCOUNT NO.  **Rocky Mountain Blueprint & Supply 3445 Lipan Street Denver, CO 80211 ATTN; Mary Burcar** | X | | 6/12/2010 to 12/1/2010  Invoices/Services/Materials | | | | 1,340.32 |
| ACCOUNT NO.  **Sheridan Electronics, LLC 1842 Sugarland Drive Suite 111 Sheridan, WY 82801** | X | | September 4, 2010  Invoices/Services/Materials | | | | 68.89 |

Sheet no.  _3_ of _5_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➢  $                157,576.21

Total  ➢  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Epic Energy Resources, Inc.**                                   Case No. __11-15521-MER__
                              Debtor                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Stibbs & Company, P.C.**<br>**819 Crossbridge Drive**<br>**Spring, TX 77373** | X | | 12/30/2009 to 9/20/2010<br><br>**Invoices/Services/Materials** | | | | 20,146.40 |
| ACCOUNT NO.<br><br>**The Receivables Exchange**<br>**220 Camp Street**<br>**Fifth Floor**<br>**New Orleans, LA 70130** | X | | October 23, 2010<br><br>**Invoices/Services/Materials** | | | | 209,912.79 |
| ACCOUNT NO.<br><br>**Vintage Filings**<br>**150 West 46th Street**<br>**6th Floor**<br>**New York, NY 10036** | X | | 10/27/2010 to 11/14/2010<br><br>**Invoices/Services/Materials** | | | | 372.00 |
| ACCOUNT NO.<br><br>**Wall Street Communications Group**<br>**2515 North 49th Street**<br>**Suite A**<br>**Boulder, CO 80301** | X | | September 1, 2010<br><br>**Invoices/Services/Materials** | | | | 7,500.00 |
| ACCOUNT NO.<br><br>**Weinstein Smith, LLP**<br>**420 Lexington Avenue**<br>**Suite 2620**<br>**New York, NY 10170**<br>**ATTN; Nelson Berrios** | X | | April 15, 2010<br><br>**Invoices/Services/Materials** | | | | 6,120.00 |

Sheet no. _4_ of _5_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➤ $ 244,051.19

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Epic Energy Resources, Inc.**                              Case No.   **11-15521-MER**
                              Debtor                                                         (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br>**Wells Fargo Financial Leasing**<br>**P.O. Box 6434**<br>**Carol Stream, IL 6019o7** | X | | **6/12/2010 to 9/27/2010**<br><br>**Invoices/Services/Materials** | | | | 1,846.31 |
| ACCOUNT NO. <br><br>**Work Warehouse, Inc.**<br>**4330 East 2nd Street**<br>**Casper, WY 82609** | X | | **August 15, 2010**<br><br>**Invoices/Services/Materials** | | | | 517.78 |

Sheet no. 5 of 5 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $ 2,364.09

Total ➤ $ 1,311,997.45

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B6G (Official Form 6G) (12/07)

In re:  **Epic Energy Resources, Inc.**                              Case No.  **11-15521-MER**
                              **Debtor**                                                  (If known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

☐  Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST, STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **BIT Holdings Forty Six, Inc.**<br>**c/o Mercantile-Safe Deposit & Trust Co.**<br>**Two Hopkins Plaza**<br>**Suite 804**<br>**Baltimore, MD 21201** | **Office Lease - Lessee** |
| **Nation's Storage**<br>**22300 State Highway 249**<br>**Houston, TX 77070** | **Storage Lease - Lessee** |
| **Pin Oak Park**<br>**10330 P Lake Road**<br>**Houston, TX 77070** | **Office Lease - Lessee** |

B6H (Official Form 6H) (12/07)

In re: **Epic Energy Resources, Inc.**
_____
                    **Debtor**

Case No.   **11-15521-MER**
_____
                    (if known)

# SCHEDULE H - CODEBTORS

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Epic Integrated Services, Inc.**<br>**10330-R Lake Road**<br>**Houston, TX 77070** | **Accretive Solutions**<br>**105 Maxess Road**<br>**Suit e107**<br>**Melville, NY 11747** |
| **Epic Integrated Services, Inc.**<br>**10330-R Lake Road**<br>**Houston, TX 77070** | **BIT Holdings Forty Six, Inc.**<br>**P.O. Box 845891**<br>**Dallas, TX 75284** |
| **Epic Integrated Services, Inc.**<br>**10330-R Lake Road**<br>**Houston, TX 77070** | **Broadridge, Inc.**<br>**1981 Marcus Avenue**<br>**Lake Success, NY 11042** |
| **Epic Integrated Services, Inc.**<br>**10330-R Lake Road**<br>**Houston, TX 77070** | **D&B, Dun & Bradstreet, Inc.**<br>**103 JFK Parkway**<br>**Short Hills, NJ 07078** |
| **Epic Integrated Services, Inc.**<br>**10330-R Lake Road**<br>**Houston, TX 77070** | **Frontier Precision, Inc.**<br>**2020 Frontier Drive**<br>**Bismarck, ND 58504** |
| **Epic Integrated Services, Inc.**<br>**10330-R Lake Road**<br>**Houston, TX 77070** | **Gregg Engineering Services, Ltd.**<br>**403 Julie Rivers Drive**<br>**Sugar Land, TX 77478** |
| **Epic Integrated Services, Inc.**<br>**10330-R Lake Road**<br>**Houston, TX 77070** | **Hettinger Mayo, LLC**<br>**6792 Paysphere Circle**<br>**Chicago, IL 60674** |
| **Epic Integrated Services, Inc.**<br>**10330-R Lake Road**<br>**Houston, TX 77070** | **Hickey & Evans, LLP**<br>**1800 Carey Avenue**<br>**Suite 700**<br>**Cheyenne, WY 82001** |
| **Epic Integrated Services, Inc.**<br>**10330-R Lake Road**<br>**Houston, TX 77070** | **IAM Mini-Fund 14 Limited**<br>**3033 Excelsior Blvd.**<br>**Suite 300**<br>**Minneapolis, MN 55416** |
| **Epic Integrated Services, Inc.**<br>**10330-R Lake Road**<br>**Houston, TX 77070** | **Joseph Wright**<br>**5450 John Dreaper Drive**<br>**Houston, TX 77056** |
| **Epic Integrated Services, Inc.**<br>**10330-R Lake Road**<br>**Houston, TX 77070** | **Lighthouse Legal Copy, LLC**<br>**2520 Caroline**<br>**Houston, TX 77004** |
| **Epic Integrated Services, Inc.**<br>**10330-R Lake Road**<br>**Houston, TX 77070** | **Machol & Johannes, LLC**<br>**600 Seventeenth Street**<br>**Suite 800 North**<br>**Denver, CO 80202** |

B6H (Official Form 6H) (12/07) -Cont.

In re: **Epic Energy Resources, Inc.**                                      Case No.   **11-15521-MER**
_____                                     _____
                        Debtor                                                        (If known)

# SCHEDULE H - CODEBTORS

☐   Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Epic Integrated Services, Inc.<br>10330-R Lake Road<br>Houston, TX 77070 | Malone & Bailey, P.C.<br>10350 Richmond<br>Suite 800<br>Houston, TX 77042 |
| Epic Integrated Services, Inc.<br>10330-R Lake Road<br>Houston, TX 77070 | Mayer Brown<br>230 South LaSalle Street<br>Chicago, IL 60604 |
| Epic Integrated Services, Inc.<br>10330-R Lake Road<br>Houston, TX 77070 | McGloin Davenport Severson and Snow<br>1600 Stout Street<br>Suite 1600<br>Denver, CO 80202 |
| Epic Integrated Services, Inc.<br>10330-R Lake Road<br>Houston, TX 77070 | Midsummer Investment Ltd.<br>c/o Midsummer Capital, LLC<br>295 Madison Avenue<br>38th Floor<br>New York, NY 10017 |
| Epic Integrated Services, Inc.<br>10330-R Lake Road<br>Houston, TX 77070 | Pandora Select Partners, LP<br>3033 Excelsior Blvd.<br>Suite 300<br>Minneapolis, MN 55416 |
| Epic Integrated Services, Inc.<br>10330-R Lake Road<br>Houston, TX 77070 | Pepperdine's Marketing Products Ltd.<br>790 Umatilla Street<br>Denver, CO 80204<br>ATTN: Nancy Thao |
| Epic Integrated Services, Inc.<br>10330-R Lake Road<br>Houston, TX 77070 | Peter Morin<br>5 Park Plaza<br>Suite 1100<br>Irvine, CA 92614 |
| Epic Integrated Services, Inc.<br>10330-R Lake Road<br>Houston, TX 77070 | PR Newswire Association, LLC<br>P.O. Box 5897<br>New York, NY 10087 |
| Epic Integrated Services, Inc.<br>10330-R Lake Road<br>Houston, TX 77070 | Rex Doyle<br>30 Fernglen Drive<br>The Woodlands, TX 77380 |
| Epic Integrated Services, Inc.<br>10330-R Lake Road<br>Houston, TX 77070 | Rocky Mountain Blueprint & Supply<br>3445 Lipan Street<br>Denver, CO 80211<br>ATTN; Mary Burcar |
| Epic Integrated Services, Inc.<br>10330-R Lake Road<br>Houston, TX 77070 | Shelter Island Opportunity Fund, LLC<br>535 Fifth Avenue<br>25th Floor<br>New York, NY 10017 |
| | |

B6H (Official Form 6H) (12/07) -Cont.

In re:  **Epic Energy Resources, Inc.**                                    Case No.   <u>11-15521-MER</u>
_____                                              <u>(If known)</u>
                     Debtor

# SCHEDULE H - CODEBTORS

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Epic Integrated Services, Inc.**<br>**10330-R Lake Road**<br>**Houston, TX 77070** | **Sheridan Electronics, LLC**<br>**1842 Sugarland Drive**<br>**Suite 111**<br>**Sheridan, WY 82801** |
| **Epic Integrated Services, Inc.**<br>**10330-R Lake Road**<br>**Houston, TX 77070** | **Steve Walton**<br>**124 East 4th Street**<br>**Tulsa, OK 74103** |
| **Epic Integrated Services, Inc.**<br>**10330-R Lake Road**<br>**Houston, TX 77070** | **Stibbs & Company, P.C.**<br>**819 Crossbridge Drive**<br>**Spring, TX 77373** |
| **Epic Integrated Services, Inc.**<br>**10330-R Lake Road**<br>**Houston, TX 77070** | **The Receivables Exchange**<br>**220 Camp Street**<br>**Fifth Floor**<br>**New Orleans, LA 70130** |
| **Epic Integrated Services, Inc.**<br>**10330-R Lake Road**<br>**Houston, TX 77070** | **Todd M. Binet**<br>**11120 North Country Square**<br>**Houston, TX 77024** |
| **Epic Integrated Services, Inc.**<br>**10330-R Lake Road**<br>**Houston, TX 77070** | **Vintage Filings**<br>**150 West 46th Street**<br>**6th Floor**<br>**New York, NY 10036** |
| **Epic Integrated Services, Inc.**<br>**10330-R Lake Road**<br>**Houston, TX 77070** | **Wall Street Communications Group**<br>**2515 North 49th Street**<br>**Suite A**<br>**Boulder, CO 80301** |
| **Epic Integrated Services, Inc.**<br>**10330-R Lake Road**<br>**Houston, TX 77070** | **Weinstein Smith, LLP**<br>**420 Lexington Avenue**<br>**Suite 2620**<br>**New York, NY 10170**<br>**ATTN; Nelson Berrios** |
| **Epic Integrated Services, Inc.**<br>**10330-R Lake Road**<br>**Houston, TX 77070** | **Wells Fargo Financial Leasing**<br>**P.O. Box 6434**<br>**Carol Stream, IL 6019o7** |
| **Epic Integrated Services, Inc.**<br>**10330-R Lake Road**<br>**Houston, TX 77070** | **Whitebox Combined Partners, LP**<br>**3033 Excelsior Blvd.**<br>**Suite 300**<br>**Minneapolis, MN 55416** |
| **Epic Integrated Services, Inc.**<br>**10330-R Lake Road**<br>**Houston, TX 77070** | **Whitebox Convertible Arbitrage Partners**<br>**3033 Excelsior Blvd.**<br>**Suite 300**<br>**Minneapolis, MN 55416** |
|  |  |

**B6H (Official Form 6H) (12/07) -Cont.**

In re: **Epic Energy Resources, Inc.** _____     Case No.   **11-15521-MER**   _____
                              Debtor                                                (If known)

# SCHEDULE H - CODEBTORS

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Epic Integrated Services, Inc.**<br>**10330-R Lake Road**<br>**Houston, TX 77070** | **Whitebox Special Opportunities**<br>**3033 Excelsior Blvd.**<br>**Suite 300**<br>**Minneapolis, MN 55416** |
| **Epic Integrated Services, Inc.**<br>**10330-R Lake Road**<br>**Houston, TX 77070** | **William H. Wilson, Jr.**<br>**1800 St. James Place**<br>**Suite 400**<br>**Houston, TX 77056** |
| **Epic Integrated Services, Inc.**<br>**10330-R Lake Road**<br>**Houston, TX 77070** | **Work Warehouse, Inc.**<br>**4330 East 2nd Street**<br>**Casper, WY 82609** |

B6 Declaration (Official Form 6 - Declaration) (12/07)

In re  Epic Energy Resources, Inc.
                        Debtor                                    Case No.  11-15521-MER
                                                                            (If known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

(NOT APPLICABLE)

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I **John A. Hageman**, the **Vice President and Chief Legal Officer** of the **Corporation** named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of **56** _____ sheets *(Total shown on summary page plus 1)*, and that they are true and correct to the best of my knowledge, information, and belief.

Date _April 1, 2011_                Signature:  _____
                                               **John A. Hageman Vice President and Chief Legal Officer**
                                               [Print or type name of individual signing on behalf of debtor.]

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

_Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571._

EPIC Energy Resources
Statement of financial affairs
ITEM 23 DISTRIBUTION BY A CORPORATION

| Name & address of recipient, relationship to debtor | Date and purpose of withdrawal | | Amount of money or description and value of property |
|---|---|---|---|
| Alan Carnrite 1231 Rue de la Paix Houston, TX 77056 Current Employee | 11/12/2010 | Salary | $2,307.70 |
| | 11/26/2010 | Salary | $4,615.39 |
| | 12/10/2010 | Salary | $3,505.92 |
| | 12/23/2010 | Salary | $4,615.39 |
| | 1/7/2011 | Salary | $4,615.39 |
| | 1/21/2011 | Salary | $4,615.39 |
| | 2/4/2011 | Salary | $4,615.39 |
| | 2/18/2011 | Salary | $4,615.39 |
| | 3/4/2011 | Salary plus retroactive pay | $6,834.39 |
| | 3/18/2011 | Salary | $4,615.39 |
| Carnrite Consolidated Business Enterprises LTD 2 Georgian Row The Woodlands, TX 77380 Alan Carnrite DBA | 2/26/2010 | CVX security analyst presentation | $22,050.00 |
| | 3/10/2010 | CVX security analyst presentation | $22,050.00 |
| Curtis Good 47 Upper Rd Sheridan, WY 82801 Current Employee | 2/19/2010 | Salary | $5,923.08 |
| | 3/5/2010 | Salary | $5,923.08 |
| | 3/19/2010 | Salary | $5,923.08 |
| | 4/2/2010 | Salary | $5,923.08 |
| | 4/16/2010 | Salary | $5,923.08 |
| | 4/30/2010 | Salary | $5,923.08 |
| | 5/14/2010 | Salary | $5,923.08 |
| | 5/28/2010 | Salary | $5,923.08 |
| | 6/11/2010 | Salary & Deferred Comp $8513.78 | $14,436.86 |
| | 6/25/2010 | Salary | $5,923.08 |
| | 7/9/2010 | Salary | $5,923.08 |
| | 7/23/2010 | Salary | $5,923.08 |
| | 8/6/2010 | Salary | $5,923.08 |
| | 8/20/2010 | Salary | $5,923.08 |

John Hageman
1 Waterford Cir
Spring, TX 77381
Current Employee

| Date | Type | Amount |
|---|---|---|
| 9/3/2010 | Salary | $5,923.08 |
| 9/17/2010 | Salary | $5,923.08 |
| 10/1/2010 | Salary | $8,461.53 |
| 10/15/2010 | Salary | $8,461.53 |
| 10/29/2010 | Salary | $8,461.53 |
| 11/12/2010 | Salary | $8,461.53 |
| 11/26/2010 | Salary | $8,461.53 |
| 12/10/2010 | Salary | $8,461.53 |
| 12/23/2010 | Salary | $8,461.53 |
| 1/7/2011 | Salary | $8,461.53 |
| 1/21/2011 | Salary | $8,461.53 |
| 2/4/2011 | Salary | $8,461.53 |
| 2/18/2011 | **Bonus** | $20,000.00 |
| 2/18/2011 | Salary | $8,461.53 |
| 3/4/2011 | Salary | $8,461.53 |
| 3/18/2011 | Salary | $8,461.53 |
| 1/2/2010 | Legal services | $14,500 |
| 2/18/2010 | Legal services | $26,526.90 |
| 3/29/2010 | Legal services | $18,100 |
| 5/11/2010 | Legal services | $22,400 |
| 7/13/2010 | Legal services | $22,500 |
| 8/13/2010 | Legal services | $19,900 |
| 9/10/2010 | Legal services | $15,000 |
| 10/15/2010 | Legal services | $13,300 |
| 10/15/2010 | Salary | $5,538.46 |
| 10/29/2010 | Salary | $9,230.77 |
| 11/12/2010 | Salary | $9,230.77 |
| 11/26/2010 | Salary | $9,230.77 |
| 12/10/2010 | Salary | $9,230.77 |
| 12/23/2010 | Salary | $9,230.77 |
| 1/7/2011 | Salary | $9,230.77 |
| 1/21/2011 | Salary | $9,230.77 |
| 2/4/2011 | Salary | $9,230.77 |
| 2/18/2011 | **Bonus** | $20,000.00 |
| 2/18/2011 | Salary | $9,230.77 |
| 3/4/2011 | Salary | $9,230.77 |

John Ippolito
9007 Deerwick Court
Tomball, TX 77375
Terminated Employee

| Date | Description | Amount |
|---|---|---|
| 3/18/2011 | Salary | $9,230.77 |

Matthew M Holley
3246 Astorbrook Way
Littleton, CO 80126
Terminated Employee

| Date | Description | Amount |
|---|---|---|
| 1/8/2010 | Additional Salary Paid | $17,500.00 |
| 1/8/2010 | Salary | $7,403.85 |
| 1/21/2010 | Salary | $7,403.85 |
| 2/5/2010 | Salary | $7,403.85 |
| 2/19/2010 | Salary | $7,403.85 |
| 3/5/2010 | Salary | $7,403.85 |
| 3/19/2010 | Salary | $7,403.85 |
| 4/2/2010 | Salary | $7,403.85 |
| 4/16/2010 | Salary | $7,403.85 |
| 4/30/2010 | Salary | $7,403.85 |
| 5/14/2010 | Salary | $7,403.85 |
| 5/28/2010 | Salary | $7,403.85 |
| 6/11/2010 | Salary | $7,403.85 |
| 6/25/2010 | Salary | $7,403.85 |
| 7/9/2010 | Salary | $7,403.85 |
| 7/23/2010 | Salary | $7,403.85 |
| 8/6/2010 | Salary | $7,403.85 |
| 8/20/2010 | Salary | $7,403.85 |
| 9/3/2010 | Salary & PTO Payout | $22,211.55 |

Mike Kinney

| Date | Description | Amount |
|---|---|---|
| 7/13/2010 | Prof. fees for APC Supply Chain | $3,900.00 |
| 6/11/2010 | Salary & PTO Payout | $10,679.80 |
| 5/28/2010 | Salary | $6,173.08 |
| 5/14/2010 | Salary | $5,923.08 |
| 4/30/2010 | Salary | $6,173.08 |
| 4/16/2010 | Salary | $6,173.08 |
| 4/2/2010 | Salary | $6,173.08 |
| 3/19/2010 | Salary | $6,173.08 |
| 3/5/2010 | Salary | $6,173.08 |
| 2/19/2010 | Salary | $6,173.08 |
| 2/5/2010 | Salary | $6,173.08 |
| 1/21/2010 | Salary | $6,173.08 |
| 1/8/2010 | Salary | $6,173.08 |
| 1/8/2010 | Additoinal Salary Paid | $10,499.83 |

3403 Brinmont Place
Katy, TX 77494
Terminated Employee

Peter Yanchak
679 Tetburg Ct.
Castle Rock, CO 80107
Terminated Employee

| Date | Description | Amount |
|---|---|---|
| 1/8/2010 | Salary | $6,326.93 |
| 1/21/2010 | Salary | $6,326.93 |
| 2/5/2010 | Salary | $6,326.93 |
| 2/19/2010 | Salary | $6,326.93 |
| 3/5/2010 | Salary | $6,576.93 |
| 3/19/2010 | Salary | $6,576.93 |
| 4/2/2010 | Salary | $6,576.93 |
| 4/16/2010 | Salary | $6,576.93 |
| 4/30/2010 | Salary | $6,326.93 |
| 5/14/2010 | Salary | $6,576.93 |
| 5/28/2010 | Salary | $6,576.93 |
| 6/11/2010 | Salary | $6,576.93 |
| 6/25/2010 | Salary | $6,576.93 |
| 7/9/2010 | Salary | $6,326.93 |
| 7/23/2010 | Salary | $6,326.93 |
| 8/6/2010 | Salary | $6,326.93 |
| 8/20/2010 | Salary | $6,326.93 |
| 9/3/2010 | Salary & PTO Payout | $20,123.59 |
| 9/22/2010 | CFO Duties | $3,200.00 |
| 10/1/2010 | CFO Duties | $3,200.00 |
| 10/23/2010 | CFO Duties | $3,200.00 |
| 1/8/2010 | Salary | $4,423.08 |
| 1/21/2010 | Salary | $4,423.08 |
| 2/5/2010 | Salary | $4,423.08 |
| 2/19/2010 | Salary | $4,423.08 |
| 3/5/2010 | Salary | $4,423.08 |
| 3/19/2010 | Salary | $4,423.08 |
| 4/2/2010 | Salary | $4,423.08 |
| 4/16/2010 | Salary | $4,423.08 |
| 4/30/2010 | Salary | $4,423.08 |
| 5/14/2010 | Salary | $4,423.08 |
| 5/28/2010 | Salary | $4,423.08 |
| 6/11/2010 | Salary | $4,423.08 |
| 6/25/2010 | Salary | $4,423.08 |
| 7/9/2010 | Salary | $4,423.08 |
| 7/23/2010 | Salary | $4,423.08 |

Rex P. Doyle
30 Fernglen Drive
The Woodlands, TX 77380
Terminated Employee

| Date | Description | Amount |
|---|---|---|
| 8/6/2010 | Salary | $4,423.08 |
| 8/20/2010 | Salary | $4,423.08 |
| 9/3/2010 | Salary | $4,423.08 |
| 9/17/2010 | Salary | $4,423.08 |
| 10/1/2010 | Salary | $4,423.08 |
| 10/15/2010 | Salary | $4,423.08 |
| 10/29/2010 | Salary | $4,423.08 |
| 11/12/2010 | Salary & PTO Payout | $16,207.27 |
| 3/31/2010 | Severance | $100,000.00 |

Sherri Herzig
409 Aria Drive
Austin, TX 78738
Current Employee

| Date | Description | Amount |
|---|---|---|
| 2/19/2010 | Salary | $5,923.08 |
| 3/5/2010 | Salary | $5,923.08 |
| 3/19/2010 | Salary | $5,923.08 |
| 4/2/2010 | Salary | $5,923.08 |
| 4/16/2010 | Salary | $5,923.08 |
| 4/30/2010 | Salary | $5,923.08 |
| 5/14/2010 | Salary | $5,923.08 |
| 5/28/2010 | Salary | $5,923.08 |
| 6/11/2010 | Salary | $5,923.08 |
| 6/25/2010 | Salary | $5,923.08 |
| 7/9/2010 | Salary | $5,923.08 |
| 7/23/2010 | Salary | $5,923.08 |
| 8/6/2010 | Salary | $5,923.08 |
| 8/20/2010 | Salary | $5,923.08 |
| 9/3/2010 | Salary | $5,923.08 |
| 9/17/2010 | Salary | $5,923.08 |
| 10/1/2010 | Salary | $8,461.53 |
| 10/15/2010 | Salary | $8,461.53 |
| 10/29/2010 | Salary | $8,461.53 |
| 11/12/2010 | Salary | $8,461.53 |
| 11/26/2010 | Salary | $8,461.53 |
| 12/10/2010 | Salary | $8,461.53 |

| Date | Type | Amount |
|---|---|---|
| 12/23/2010 | Salary | $8,461.53 |
| 1/7/2011 | Salary | $8,461.53 |
| 1/21/2011 | Salary | $8,461.53 |
| 2/4/2011 | Salary | $8,461.53 |
| 2/18/2011 | **Bonus** | $20,000.00 |
| 2/18/2011 | Salary | $8,461.53 |
| 3/4/2011 | Salary | $8,461.53 |
| 3/18/2011 | Salary | $8,461.53 |