B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

District of Colorado

In re EPIC ENERGY RESOURCES, INC. ,    Case No. 11-15521-MER
EIN: 94-3363969
EPIC INTEGRATED SERVICES, INC.
EIN: 84-1865735

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Desco Acquisition, LLC
Name of Transferee

Hettinger, LLC
Name of Transferor

Name and Address where notices to transferee should be sent:
230 Commerce Drive
Berthoud, CO 80513

Court Claim # (if known): _____
Amount of Claim: $35,316.00
Date Claim Filed: _____

Phone: 970-532-0600
Last Four Digits of Acct #: _____

Phone: 303-565-4171
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ [signature]              Date: 6/14/11
   Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.