# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF COLORADO

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Bankruptcy Case No. 11-15521 MER |
| EPIC ENERGY RESOURCES, INC. | ) | |
| | ) | Chapter 11 |
| Debtor. | ) | |

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Bankruptcy Case No. 11-15523 MER |
| EPIC ENERGY RESOURCES, INC. | ) | |
| | ) | Chapter 11 |
| Debtor. | ) | |
| | ) | **Jointly Administered in** |
| | ) | **Case No. 11-15521 MER** |

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a) (the "Claim") by Whitebox Convertible Arbitrage Partners, LP ("Whitebox"), as Agent for the holders of Epic Energy Resources, Inc.'s 10% Secured Debentures due December 5, 2012, and issued on December 5, 2007, in the original aggregate amount of $20,250,000.00 (the "Debenture Holders"). Pandora Select Partners, LP, one of the Debenture Holders, now desires to transfer its portion of the Claim to Transferee (the "Interest"). The Interest consists of approximately 14.37% of the Claim. Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the Interest referenced in this evidence and notice.

| Highside Oil and Gas, LLC | Pandora Select Partners, LP |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

Highside Oil and Gas, LLC
P.O. Box 9917
The Woodlands, TX 77387

Court Claim #: 31
Amount of Claim: $15,257,166.00
Amount of Interest in Claim: 14.37%
Date Claim Filed: 6/14/2011

Phone: (713) 658-8400
Last Four Digits of Acct #: N/A

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____  Date: 11-8-11
Transferee/Transferee's Agent

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for us to 5 years, or both.* 18 U.S.C. §§ 152 & 3571.

Case:11-15521-MER  Doc#:282  Filed:11/09/11  Entered:11/10/11 10:54:29  Page3 of 4

FILED
BRADFORD L. BOLTON, CLERK
NOV - 9 2011
U.S. BANKRUPTCY COURT
DISTRICT OF COLORADO

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF COLORADO

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Bankruptcy Case No. 11-15521 MER |
| EPIC ENERGY RESOURCES, INC. | ) | |
| | ) | Chapter 11 |
| Debtor. | ) | |

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Bankruptcy Case No. 11-15523 MER |
| EPIC ENERGY RESOURCES, INC. | ) | |
| | ) | Chapter 11 |
| Debtor. | ) | |
| | ) | **Jointly Administered in** |
| | ) | **Case No. 11-15521 MER** |

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

Claim No. 31 was filed or deemed filed under 11 U.S.C. §1111(a) in this case by the former agent for the holders of Epic Energy Resources, Inc.'s 10% Secured Debentures due December 5, 2012, and issued on December 5, 2007, in the original aggregate amount of $20,250,000.00 (the "Debenture Holders"). Pandora Select Partners, LP, a Debenture Holder, now desires to transfer its portion of the Claim to Transferee (the "Interest"). As evidence of the transfer of that Interest, the transferee filed a Transfer of Claim Other than For Security in the clerk's office of this Court on November 9, 2011.

| Pandora Select Partners, LP | Highside Oil and Gas, LLC |
|---|---|
| Name of Transferor | Name of Transferee |
| Address of Transferor: | Address of Transferee: |
| | |
| 3033 Excelsior Blvd., suite 300 | Highside Oil and Gas, LLC |
| Minneapolis, MN 55416 | P.O. Box 9917 |
| | The Woodlands, TX 77387 |

## DEADLINE TO OBJECT TO TRANSFER

The alleged transferor of the claim is hereby notified that objections must be filed with the Court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the Court, the transferee will be substituted as the original claimant without further order of the Court.

Date: 11-9-2011

Bradford L. Bolton by *[signature]* Deputy Clerk

**CLERK OF THE COURT**