## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF COLORADO

In re:                                          )
                                                )   Bankruptcy Case No.  11-15521 MER
EPIC ENERGY RESOURCES, INC.                     )
                                                )   Chapter 11
Debtor.                                         )

---

In re:                                          )
                                                )   Bankruptcy Case No.  11-15523 MER
EPIC ENERGY RESOURCES, INC.                     )
                                                )   Chapter 11
Debtor.                                         )
                                                )   **Jointly Administered in**
                                                )   **Case No. 11-15521 MER**

---

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a) (the "Claim") by Whitebox Convertible Arbitrage Partners, LP ("Whitebox"), as Agent for the holders of Epic Energy Resources, Inc.'s 10% Secured Debentures due December 5, 2012, and issued on December 5, 2007, in the original aggregate amount of $20,250,000.00 (the "Debenture Holders"). H. Steven Walton, one of the Debenture Holders, now desires to transfer his portion of the Claim to Transferee (the "Interest"). The Interest consists of approximately .247% of the Claim. Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the Interest referenced in this evidence and notice.

| Highside Oil and Gas, LLC | H. Steven Walton |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

Court Claim #:   31

Amount of Claim:  $15,257,166.00

Amount of Interest in Claim:    .247%

Highside Oil and Gas, LLC
P.O. Box 9917
The Woodlands, TX 77387

Date Claim Filed:       6/14/2011

Phone:   (713) 658-8400

Last Four Digits of Acct #:       N/A

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____          Date: ___11 - 8 - 11___
Transferee/Transferee's Agent

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for us to 5 years, or both.* 18 U.S.C. §§ 152 & 3571.

fb.us.7494890.01

FILED

NOV – 9 2011

BRADFORD L. BOLTON, CLERK

U.S. BANKRUPTCY COURT
DISTRICT OF COLORADO

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF COLORADO

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Bankruptcy Case No.  11-15521 MER |
| EPIC ENERGY RESOURCES, INC. | ) | |
| | ) | Chapter 11 |
| Debtor. | ) | |

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Bankruptcy Case No.  11-15523 MER |
| EPIC ENERGY RESOURCES, INC. | ) | |
| | ) | Chapter 11 |
| Debtor. | ) | |
| | ) | **Jointly Administered in** |
| | ) | **Case No. 11-15521 MER** |

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

Claim No. 31 was filed or deemed filed under 11 U.S.C. §1111(a) in this case by the former agent for the holders of Epic Energy Resources, Inc.'s 10% Secured Debentures due December 5, 2012, and issued on December 5, 2007, in the original aggregate amount of $20,250,000.00 (the "Debenture Holders").   H. Steven Walton, a Debenture Holder, now desires to transfer his portion of the Claim to Transferee (the "Interest").  As evidence of the transfer of that Interest, the transferee filed a Transfer of Claim Other than For Security in the clerk's office of this Court on November 9, 2011.

| ___H. Steven Walton___ | ___Highside Oil and Gas, LLC___ |
|---|---|
| Name of Transferor | Name of Transferee |
| Address of Transferor: | Address of Transferee: |
| | |
| H. Steven Walton | Highside Oil and Gas, LLC |
| 124 E. 4th Street | P.O. Box 9917 |
| Tulsa, OK 74103 | The Woodlands, TX 77387 |

### DEADLINE TO OBJECT TO TRANSFER

The alleged transferor of the claim is hereby notified that objections must be filed with the Court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the Court, the transferee will be substituted as the original claimant without further order of the Court.

Date: _11-9-2011_

Bradford L. Bolton

**CLERK OF THE COURT**