UNITED STATES BANKRUPTCY COURT
DISTRICT OF COLORADO

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Bankruptcy Case No. 11-15521 MER |
| EPIC ENERGY RESOURCES, INC. | ) | |
| | ) | Chapter 11 |
| Debtor. | ) | |

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Bankruptcy Case No. 11-15523 MER |
| EPIC ENERGY RESOURCES, INC. | ) | |
| | ) | Chapter 11 |
| Debtor. | ) | |
| | ) | **Jointly Administered in** |
| | ) | **Case No. 11-15521 MER** |

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a) (the "Claim") by Whitebox Convertible Arbitrage Partners, LP ("Whitebox"), as Agent for the holders of Epic Energy Resources, Inc.'s 10% Secured Debentures due December 5, 2012, and issued on December 5, 2007, in the original aggregate amount of $20,250,000.00 (the "Debenture Holders"). Todd M. Binet, one of the Debenture Holders, now desires to transfer his portion of the Claim to Transferee (the "Interest"). The Interest consists of .321% of the Claim. Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the Interest referenced in this evidence and notice.

| | |
|---|---|
| <u>Highside Oil and Gas, LLC</u><br>Name of Transferee | <u>Todd M. Binet</u><br>Name of Transferor |

Name and Address where notices to transferee should be sent:

Highside Oil and Gas, LLC
P.O. Box 9917
The Woodlands, TX 77387

Phone: __(713) 658-8400__
Last Four Digits of Acct #: __N./A__

Court Claim #: __31__
Amount of Claim: __$15,257,166.00__
Amount of Interest in Claim: __.321%__
Date Claim Filed: __6/14/2011__

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____  Date: __11-8-11__
Transferee/Transferee's Agent

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for us to 5 years, or both.* 18 U.S.C. §§ 152 & 3571.

2

fb.us.7494971.01

FILED
BRADFORD L. BOLTON, CLERK

NOV - 9 2011

U.S. BANKRUPTCY COURT
DISTRICT OF COLORADO

UNITED STATES BANKRUPTCY COURT
DISTRICT OF COLORADO

| | |
|---|---|
| In re: ) | |
| ) | Bankruptcy Case No. 11-15521 MER |
| EPIC ENERGY RESOURCES, INC. ) | |
| ) | Chapter 11 |
| Debtor. ) | |

| | |
|---|---|
| In re: ) | |
| ) | Bankruptcy Case No. 11-15523 MER |
| EPIC ENERGY RESOURCES, INC. ) | |
| ) | Chapter 11 |
| Debtor. ) | |
| ) | **Jointly Administered in** |
| ) | **Case No. 11-15521 MER** |

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

Claim No. 31 was filed or deemed filed under 11 U.S.C. §1111(a) in this case by the former agent for the holders of Epic Energy Resources, Inc.'s 10% Secured Debentures due December 5, 2012, and issued on December 5, 2007, in the original aggregate amount of $20,250,000.00 (the "Debenture Holders"). Todd M. Binet, a Debenture Holder, now desires to transfer his portion of the Claim to Transferee (the "Interest"). As evidence of the transfer of that Interest, the transferee filed a Transfer of Claim Other than For Security in the clerk's office of this Court on November 9, 2011.

|  Todd M. Binet  | Highside Oil and Gas, LLC |
|:---:|:---:|
| Name of Transferor | Name of Transferee |

Address of Transferor:                                   Address of Transferee:

Todd M. Binet                                                   Highside Oil and Gas, LLC
11120 N. Country Squire                                 P.O. Box 9917
Houston, TX 77024                                          The Woodlands, TX 77387

## DEADLINE TO OBJECT TO TRANSFER

The alleged transferor of the claim is hereby notified that objections must be filed with the Court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the Court, the transferee will be substituted as the original claimant without further order of the Court.

Date: 11-9 2011

Bradford L. Bolton by Theresa Aube, Deputy Clerk
**CLERK OF THE COURT**