# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF COLORADO

| | |
|---|---|
| In re: | )<br>) |
| EPIC ENERGY RESOURCES, INC. | ) Bankruptcy Case No. 11-15521 MER<br>) |
| Debtor. | ) Chapter 11<br>)<br>) |
| In re: | )<br>) |
| EPIC ENERGY RESOURCES, INC. | ) Bankruptcy Case No. 11-15523 MER<br>) |
| Debtor. | ) Chapter 11<br>)<br>) **Jointly Administered in**<br>) **Case No. 11-15521 MER** |

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a) (the "Claim") by Whitebox Convertible Arbitrage Partners, LP ("Whitebox"), as Agent for the holders of Epic Energy Resources, Inc.'s 10% Secured Debentures due December 5, 2012, and issued on December 5, 2007, in the original aggregate amount of $20,250,000.00 (the "Debenture Holders"). Midsummer Investment, Ltd., one of the Debenture Holders, now desires to transfer its portion of the Claim to Transferee (the "Interest"). The Interest consists of approximately 36.36% of the Claim. Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the Interest referenced in this evidence and notice.

| Highside Oil and Gas, LLC | Midsummer Investment, Ltd. |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

Highside Oil and Gas, LLC
P.O. Box 9917
The Woodlands, TX 77387

Court Claim #: __31__
Amount of Claim: __$15,257,166.00__
Amount of Interest in Claim: __36.36%__
Date Claim Filed: __6/14/2011__

Phone: __(713) 658-8400__
Last Four Digits of Acct #: __N/A__

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _[signature]_   Date: __11-8-11__
Transferee/Transferee's Agent

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for us to 5 years, or both.* 18 U.S.C. §§ 152 & 3571.

UNITED STATES BANKRUPTCY COURT
DISTRICT OF COLORADO

FILED
BRADFORD L. BOLTON, CLERK
NOV - 9 2011
U.S. BANKRUPTCY COURT
DISTRICT OF COLORADO

| | |
|---|---|
| In re: ) <br> ) <br> EPIC ENERGY RESOURCES, INC. ) <br> ) <br> Debtor. ) <br> ) | Bankruptcy Case No. 11-15521 MER <br><br> Chapter 11 |
| In re: ) <br> ) <br> EPIC ENERGY RESOURCES, INC. ) <br> ) <br> Debtor. ) <br> ) <br> ) <br> ) | Bankruptcy Case No. 11-15523 MER <br><br> Chapter 11 <br><br> **Jointly Administered in** <br> **Case No. 11-15521 MER** |

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

Claim No. 31 was filed or deemed filed under 11 U.S.C. §1111(a) in this case by the former agent for the holders of Epic Energy Resources, Inc.'s 10% Secured Debentures due December 5, 2012, and issued on December 5, 2007, in the original aggregate amount of $20,250,000.00 (the "Debenture Holders"). Midsummer Investment, Ltd., a Debenture Holder, now desires to transfer its portion of the Claim to Transferee (the "Interest"). As evidence of the transfer of that Interest, the transferee filed a Transfer of Claim Other than For Security in the clerk's office of this Court on November 9, 2011.

| Midsummer Investment, Ltd. | Highside Oil and Gas, LLC |
|---|---|
| Name of Transferor | Name of Transferee |
| Address of Transferor: | Address of Transferee: |
| | |
| Midsummer Investment, Ltd. | Highside Oil and Gas, LLC |
| C/O Midsummer Capital, LLC | P.O. Box 9917 |
| 295 Madison Ave. 38th Floor | The Woodlands, TX 77387 |
| New York, NY 10017 | |

## DEADLINE TO OBJECT TO TRANSFER

The alleged transferor of the claim is hereby notified that objections must be filed with the Court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the Court, the transferee will be substituted as the original claimant without further order of the Court.

Date: 11-9 2011

Bradford L. Bolton by Theresa
**CLERK OF THE COURT**  Deputy Clerk